

## NUMBER 13-14-00699-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**TEXAS HONEYCOMB PARTNERS, LLC,**
**KATHLEEN MCCARTHY, DAVID MCCARTHY,**
**DAVID MCCARTHY AS SUCCESSOR-IN-INTEREST**
**TO SHANNON MCCARTHY, DAVID MCCARTHY**
**AS SUCCESSOR-IN-INTEREST TO RYAN**
**MCCARTHY, AND DAVID MCCARTHY AS**
**SUCCESSOR-IN-INTEREST TO KEVIN MCCARTHY,**          Appellants,

**v.**

**ALAN JOHNSON AND COMPASS BANK,**          Appellees.

---

**On appeal from the 389th District Court**
**of Hidalgo County, Texas.**

---

## ORDER OF ABATEMENT

**Before Justices Garza, Benavides, and Perkes**
**Order Per Curiam**

Appellants have filed affidavits of indigency in this cause and seek to proceed without the payment of costs. *See* TEX. R. APP. P. 20.1. Court reporter, Corina E. Lozano, has filed a request with this Court for a hearing on the issue of indigency. According to Lozano, she did not receive timely notice that appellants had claimed indigency and the affidavits of indigency do not meet the requirements of the appellate rules. Accordingly, we ABATE this appeal and REMAND the cause to the trial court with instructions to hear evidence on the matter of indigency, including whether notice of the indigency filings was properly and timely given, and whether the indigency affidavits comply with the appellate rules, and to grant the appropriate relief. *See generally id.* The trial court shall, within 40 days from the date of this order, prepare a written order and written findings of fact and conclusions of law regarding its indigence determination. We further ORDER the trial court clerk, as soon as practicable but in no event later than 60 days from the date of this order, to file a supplemental clerk's record, containing (1) the contest; (2) the trial court's order; and (3) the trial court's findings of fact and conclusions of law. The court reporter is ORDERED to prepare and file the reporter's record of the trial court's hearing as soon as practicable but in no event later than 60 days from the date of this order.

PER CURIAM

Delivered and filed the
16th day of March, 2015.

2